[No. 63711-8-I. Division One. February 28, 2011.]

CRAIG BERNHART, *Appellant*, v. MARIANN DANARD, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-02498-9, Michael T. Downes, J., entered May 28, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Becker and Ellington, JJ.

[No. 63734-7-I. Division One. February 28, 2011.]

*In the Matter of the Estate of* RODGER W. BENSON, JR.

RODGER W. BENSON III, *Appellant*, v. JOAN BENSON, *as Personal Representative, Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-4-03264-6, Timothy A. Bradshaw, J., entered May 29, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Grosse and Ellington, JJ.

[No. 63918-8-I. Division One. February 28, 2011.]

THE MARINA CONDOMINIUM HOMEOWNER'S ASSOCIATION, *Respondent*, v. THE STRATFORD AT THE MARINA, LLC, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-40611-5, Andrea A. Darvas, J., entered July 1, 2009. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Becker and Spearman, JJ. Now published at 161 Wn. App. 249.

[No. 64308-8-I. Division One. February 28, 2011.]

HELEN FEIGER, *Respondent*, v. TONY PRATT ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-2-03951-6, Steven C. Gish, J. Pro Tem., entered September 16, 2009. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Ellington, J., concurred in by Grosse and Schindler, JJ.